UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JONATHAN W. ARENO AND REBECCA ARENO | : | DOCKET NO. 06-1539 |
| VS. | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY CO., ET AL. | : | MAGISTRATE JUDGE WILSON |

## REPORT AND RECOMMENDATION

Before the court is plaintiffs' supplemental and amended motion to remand [doc. # 21].[1] This matter was removed to federal court on the basis of diversity jurisdiction. 28 U.S.C. § 1332. The supplemental and amended motion to remand alleges that plaintiffs' claims do not exceed the requisite threshold amount for the exercise of diversity jurisdiction ($75,000+). Plaintiffs have also stipulated that their damages do not exceed $75,000, and that in the event of a greater award, they would not accept a greater amount. In light of this stipulation, defendants do not oppose remand. (*See*, June 12, 2007, Letter).

Accordingly,

IT IS RECOMMENDED that plaintiff's supplemental and amended motion to remand [doc. # 21] be GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days

---

[1] The motion has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A).

from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on July 2, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE